Pauley, J

OCT 27

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

METROKANE, INC.,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

    Defendant.

------------------------------------------------------------x

04 Civ. 0402 (WHP)
04 C.v. 0402

**STIPULATION OF DISMISSAL <u>WITH PREJUDICE</u>**

IT IS HEREBY STIPULATED, by and between the undersigned, all parties in the above-captioned action, that this action, and all claims asserted therein by Plaintiff and Defendant, are hereby dismissed with prejudice, with costs to neither party.

| | |
|---|---|
| DARBY & DARBY P.C. | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON, LLP |
| By: _____ | By: _____ |
| Dated: October 25, 2004 | Dated: October 25, 2004 |
| Andrew Baum | James W. Dabney |
| 805 Third Avenue | One New York Plaza |
| New York, NY 10022 | New York, NY 10004 |
| Telephone: (212) 527-7700 | Telephone: (212) 859-8000 |
| Facsimile: (212) 753-6237 | Facsimile: (212) 859-4000 |
| *Attorney for Plaintiff* METROKANE, INC. | *Attorney for Defendant* COSTCO WHOLESALE CORPORATION |

SO ORDERED:

Date: 10/28/04

_____
The Honorable William H. Pauley
U.S. District Judge, Southern District of New York